```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBARA BRYANT,

                Plaintiff,                05 CIVIL 8112 (CM)

    -against-                       **JUDGMENT**

VERIZON COMMUNICATIONS INC., et al.,
                Defendants.
------------------------------------------------------------X

        Defendants having moved for summary judgment, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on May 1, 2008, having rendered its Decision and Order granting the motions for summary judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 1, 2008, the motions for summary judgment are granted; accordingly, the case is closed.

**Dated:** New York, New York
           May 2, 2008

                                                    J. MICHAEL McMAHON
                                                      Clerk of Court
                                BY:
                                                        **Deputy Clerk**

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON _____